IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Yates,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　Defendant. | CV 11-00356-PHX-ROS<br><br><br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 6);

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **May 20, 2011**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 22nd day of March, 2011.

Roslyn O. Silver
United States District Judge