**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sean Yates, | ) | Case No. 2:11-cv-00356-ROS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| vs. | ) | |
| | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 10th day of May, 2011.

                By:s/Marshall Meyers
                Marshall Meyers
                WEISBERG & MEYERS, LLC
                5025 North Central Ave., #602
                Phoenix, AZ 85012
                602 445 9819
                866 565 1327 facsimile
                mmeyers@AttorneysForConsumers.com
                Attorney for Plaintiff

1 | Filed electronically on this 10th day of May, 2011, with:

2

3 | United States District Court CM/ECF system

4

5 | By: s/Jessica DeCandia

6 |     Jessica DeCandia